# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0007. MUSTANG POWER, INC. v. FIRST INTERCONTINENTAL BANK**

This appeal was docketed by this court on August 16, 2013. In accordance with the docketing notice and Court of Appeals Rule 23 (a), the appellant was required to file its brief on or before September 5, 2013. As of the date of this order, appellant has not filed a brief in this court, and therefore, per Court of Appeals Rules 7, 13, and 23 (a), this appeals is DISMISSED



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 09/19/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*